■ MARY FRANCIS WYATT, Appellant, v REGIONAL TRANSIT SERVICE, Also Known as ROCHESTER-GENESEE TRANSIT AUTHORITY, Operating as "LIFT LINE," Respondent. [823 NYS2d 726]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered February 21, 2006 in a personal injury action. The order granted defendant's motion to dismiss the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Scudder, J.P., Martoche, Centra and Pine, JJ.